**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-1111

Gulf Production Company, Inc.

- - Versus - -

Halliburton Energy Services, Inc. and Robert Peatross

22nd Judicial District Court
Case #: 201312663
St. Tammany Parish

On Application for Rehearing filed on 08/19/2024 by Gulf Production Company, Inc.

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Hunter Greene

Date SEP 1 9 2024
_____
Rodd Naquin, Clerk